UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERICHO JAMES LADEAUX, and ALEXANDER LUCIANO COTA,<br><br>Defendants. | CR 20-40040<br><br>AMENDED FINAL ORDER OF FORFEITURE |

This court entered a preliminary order of forfeiture on November 5, 2020, ordering the defendant to forfeit certain property (the Subject Property), specified as: a Kel-Tec, model sub-2000, 9mm caliber rifle, serial number FFF012; a Kimber, model Micro 9, 9mm caliber, semi-automatic pistol, serial number PB0231567; a Taurus, model G2C, 9mm caliber, semi-automatic pistol, serial number AAL078586; a Mack Brothers Silencer, model Varminter 4.0, cal. .308, serial number V46834; and all ammunition, cases, holsters, or other accessories seized on December 9, 2019.

Notice of the preliminary order of forfeiture was given by publication from December 15, 2020, through and including January 13, 2021, at www.forfeiture.gov.

The Court has also received a Stipulation with Christopher Wipf for Return of Property and Entry of Final Order of Forfeiture, filed May 10, 2021. This Court has reviewed the Stipulation.

This Court previously ordered that any interest Jericho James Ladeaux and Alexander Luciano Cota had in the property is subject to forfeiture pursuant to 18 U.S.C. § 924(d), 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property shall be returned to Christopher Wipf within one month of entry of this amended final order of forfeiture, provided Christopher Wipf and others residing in his residence are not prohibited from possessing the property: a Mack Brothers Silencer, model Varminter 4.0, cal. .308, serial number V46834.  The Kel-Tec, model sub-2000, 9mm caliber rifle, serial number FFF012 and Kimber, model Micro 9, 9mm caliber, semi-automatic pistol, serial number PB0231567 were previously ordered to be returned to Zita Walters.  The Taurus, model G2C, 9mm caliber, semi-automatic pistol, serial number AAL078586 and all ammunition, cases, holsters, or other accessories seized on December 9, 2019 are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d), 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all rights, titles and interests to the Taurus, model G2C, 9mm caliber, semi-automatic pistol, serial number AAL078586 and all ammunition, cases, holsters, or other accessories seized on December 9, 2019 described above are hereby condemned forfeited, and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED: July 27, 2021

BY THE COURT:

LAWRENCE L. PIERSOL
UNITED STATES DISTRICT JUDGE